Form B 21 Official Form 21
(12/03)

# Form 21.  STATEMENT OF SOCIAL SECURITY NUMBER

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re  
**David J Molenkamp**, Debtor

**Melissa L Molenkamp**, Melissa Bockelmann  
Joint Debtor

Address  
**438 Sunnybrook Lane**  
**Wheaton, IL 60187**

Case No.  

Chapter   **7**

Employer's Tax Identification (EIN) No(s). [if any]:

Last four digits of Social Security No(s).: [if any]  
**7728, 3668**

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): **Molenkamp, David, J**

*(Check the appropriate box and, if applicable, provide the required information.)*

☑ Debtor has a Social Security Number and it is : __333__ - __82__ - __7728__
   (if more than one, state all. )

☐ Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle): **Molenkamp, Melissa, L**

*(Check the appropriate box and, if applicable, provide the required information.)*

☑ Joint Debtor has a Social Security Number and it is : __334__ - __78__ - __3668__
   (if more than one, state all. )

☐ Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

X **s/ David J Molenkamp**                                    **11/26/2008**
Signature of Debtor                                                   Date

X **s/ Melissa L Molenkamp**                                  **11/26/2008**
Signature of Joint Debtor                                             Date

---

*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement*: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.